**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01395-CV

## MITCHELL WAYNE HOBSON, JR. AND ALL OCCUPANTS, Appellant

## V.

## CCC & CRESTRIDGE LLC, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05436-A**

## ORDER

The clerk's record in this case is overdue. By postcard dated December 16, 2013, we notified the County Clerk that the clerk's record was overdue. We directed the County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification he is not indigent and has not paid for the record, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order, by electronic transmission, to:

John Warren
Dallas County Clerk

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE